UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALVIN SPENCER,<br><br>Defendant. | 3:22-cr-36<br>CASE NO. _____<br><br>JUDGE   Michael J. Newman<br><br>INFORMATION<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi) |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1

**[21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi)]**

On or about January 13, 2022, in the Southern District of Ohio, defendant, **ALVIN SPENCER**, did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1(2-phenylethyl)-4piperedinyl] propenamide also known as Fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

KENNETH L. PARKER
UNITED STATES ATTORNEY

/s/ DeMarr Moulton
DEMARR MOULTON (NY 5724869)
Assistant United States Attorney